UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62947-CIV-ALTMAN/Hunt

**HORACIO ALCIDES TIERNO COPIOLI**, *et al.*,

    *Plaintiffs*,

v.

**COURTYARD HOMES AT THE GROVE MAINTENANCE ASSOCIATION, INC.**, *et al.*,

    *Defendants*.

_____/

**ORDER REQUIRING SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES**

The Court directs the parties to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **January 17, 2020**. In addition, by **January 17, 2020**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 29th day of December 2019.

                                                  **ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record