UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
**FORT LAUDERDALE DIVISION**

CASE NO.: 0:19-cv-62947-RKA

HORACIO ALCIDES TIERNO COPIOLI
and MARGARET LAUER

    Plaintiffs,

v.

COURTYARD HOMES AT THE GROVE
MAINTENANCE ASSOCIATION, INC.,
TROY'S PROPERTY MANAGEMENT
GROUP, LLC d/b/a TPMG and GRADY
LEGAL, P.A.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of the law firm of Shendell & Pollock, P.L., as counsel for Defendants, COURTYARD HOMES AT THE GROVE MAINTENANCE ASSOCIATION, INC. and TROY'S PROPERTY MANAGEMENT GROUP, LLC d/b/a TPMG, in the above-styled cause, and hereby request that any and all pleadings or other matters pertaining to this cause be served on the undersigned.

Dated: January 14, 2020
      Boca Raton, FL

                      **SHENDELL & POLLOCK, P.L.**
                      *Attorneys for Courtyard Homes*
                      2700 North Military Trail - Suite 150
                      Boca Raton, Florida 33431
                      Phone: (561) 241-2323
                      Fax:   (561) 241-2330

                      By: s/Diran V. Seropian
                          Gary R. Shendell, Esq.
                          Florida Bar No. 964440
                          Diran V. Seropian, Esq.
                          Florida Bar No.: 773476
                          gary@shendellpollock.com
                          diran@shendellpollock.com
                          britt@shendellpollock.com
                          grs@shendellpollock.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, this 14th day of January, 2020.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Diran V. Seropian
Diran V. Seropian

## SERVICE LIST

Gregory Light, Esq.
Light & Gonzalez, PLLC
8751 W. Broward Blvd.
Suite 209
Plantation, FL 33324
service@lightgonzalezlaw.com


Jacqueline A. Grady, Esq.
Grady Legal, PA
1645 SE 3rd Ct.
Suite 204
Deerfield Beach, FL 33441
jackie@gradylegal.com